UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON GAY, | Case No. 20-cv-08442-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| PACIFIC STEEL GROUP, | |
| Defendant. | |

A case management conference was held on June 22, 2021. Having considered the parties' proposals, *see* Dkt. No. 27, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Precertification Discovery Deadline | February 18, 2022 |
| Deadline for Motion for Class Certification | March 18, 2022 |
| Deadline for Opposition to Motion for Class Certification | March 28, 2022 |
| Deadline for Reply in support of Motion for Class Certification | April 6, 2022 |
| Class Certification Motion Hearing Deadline | April 21, 2022, at 2:00 p.m. |
| Expert Discovery Deadline | June 17, 2022 |

//

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This order terminates Docket. No. 27.

**IT IS SO ORDERED.**

Dated: 6/30/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge