Edwin Aiwazian (Cal. State Bar No. 232943)
  *edwin@calljustice.com*
Arby Aiwazian (Cal. State Bar No. 269827)
  *arby@calljustice.com*
Kenyon Harbison (Cal. State Bar No. 260416)
  *kenyon@calljustice.com*
Jenay Younger (Cal. State Bar No. 327627)
  *jenay@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone:   (818) 265-1020
Facsimile:   (818) 265-1021

*Attorneys for* Plaintiffs

Tyler M. Paetkau (Bar No. 146305)
E-mail:tyler.paetkau@procopio.com
Olga Savage (Bar No. 252009)
E-mail:olga.savage@procopio.com
Clint S. Engleson (Bar No. 282153)
E-mail:clint.engleson@procopio.com
**PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**
1117 S California Ave, Suite 200
Palo Alto, CA 94304
Telephone: 650.645.9000
Facsimile: 619.235.0398

David A. Perkins (Bar No. 131683)
Executive Vice President & General Counsel
Pacific Steel Group
4805 Murphy Canyon Road
San Diego, CA 92123

*Attorneys for* Defendant PACIFIC STEEL GROUP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON GAY, individually, and on behalf of other members of the general public similarly situated; ISRAEL BERBER, individually, and on behalf of other members of the general public similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 4:20-cv-08442-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**REVISED JOINT STIPULATION RE: CASE SCHEDULE; ORDER**<br><br>Complaint Filed:  September 22, 2020<br>FAC Filed:             November 25, 2020<br>Trial Date:              Not Set |

Plaintiffs Brandon Gay and Israel Berber (collectively, "Plaintiffs") and Defendant Pacific Steel ("Defendant") (collectively with Plaintiffs as "Parties") by and through their counsel of records hereby stipulate as follows:

**WHEREAS**, on September 22, 2020, Plaintiff Brandon Gay filed a complaint in the above-entitled action against Defendant on behalf of all current and former hourly-paid or non-exempt employees who worked for Defendant within the State of California at any time during the period from September 22, 2016 to the present;

**WHEREAS**, the Precertification Discovery deadline is set for February 18, 2022, Plaintiffs' deadline to file a Motion for Class Certification has been set for March 18, 2022, and the hearing on Plaintiffs' Motion for Class Certification has been set for April 14, 2022;

**WHEREAS**, the Parties have schedule a mediation session with Robert O'Brien on January 25, 2022;

**WHEREAS**, Defendant seeks to informally stay discovery pending mediation in an effort to reserve resources;

**WHEREAS**, prior to moving for class certification, Plaintiffs contend they will need additional time in which to conduct "pre-certification" discovery, consisting of information-gathering relating to the following categories: (1) written policies and procedures concerning, for example, meal periods, rest periods, overtime work, compensation policies, etc.; (2) sampling of time sheets, wage statements, and work schedules, which may then be reviewed by expert witnesses who will prepare expert witness reports to establish predominance of common questions; (3) deposition testimony of the Defendant's Fed. R. Civ. P. 30(b)(6) designee(s); and (4) declarations from putative class members;

**WHEREAS**, it typically takes defendants several months to assemble and produce information and documents responsive to Plaintiffs' discovery requests, assuming there are no objections that must be determined by the court;

LAWYERS for JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

**WHEREAS**, once all of the pre-certification discovery has been completed, Plaintiffs and Defendant will require time to prepare their respective briefs moving for and opposing class certification;

**WHEREAS**, given the February 18, 2022 Precertification Discovery deadline, Plaintiffs will be unable to complete discovery between the time mediation is completed and the Precertification Discovery deadline in the event that mediation is unsuccessful;

**WHEREAS**, in order to afford the Parties time to engage in ongoing settlement discussions, finish precertification discovery the Parties have agreed to stipulate to a modified class certification briefing and hearing schedule;

**IT IS HEREBY STIPULATED** between the Parties, by and through their respective attorneys of record, subject to an order of the Court, that the deadline for Precertification Discovery shall be continued from February 18, 2022 to May 18, 2022 and the deadline for Plaintiffs to file their Motion for Class Certification shall be continued from March 18, 2022 to June 20, 2022.

Respectfully Submitted,

Dated:  November 15, 2021     **PROCOPIO, CORY, HARGREAVES SAVITCH LLP**

By: /s/ Clint S. Engleson
Tyler M. Paetkau
Olga Savage
Clint S. Engleson
*Attorneys for* Defendant

Dated:  November 15, 2021     **LAWYERS *for* JUSTICE, PC**

By: /s/ Jenay Younger
Edwin Aiwazian
Kenyon Harbison
Jenay Younger
*Attorneys for* Plaintiffs

## ORDER

Pursuant to the above Revised Joint Stipulation and good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1. The Precertification Discovery Deadline shall be May 18, 2022;
2. Plaintiffs' Motion for Class Certification ("Motion") shall be filed no later than June 20, 2022;
3. Defendant's opposition to Plaintiff's Motion and supporting papers shall be filed no later than June 30, 2022;
4. Plaintiffs reply in support of Plaintiffs Motion and supporting papers shall be filed no later than July 11, 2022;
5. The hearing on Plaintiffs' Motion shall be held on July 28, 2022.

**IT IS SO ORDERED.**

Dated: 11/15/2021        By: _____
                                     HAYWOOD S. GILLIAM, JR.
                                     United States District Judge