Edwin Aiwazian (SBN 232943)
Jacob Karczewski (SBN 268295)
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

*Attorneys for* Plaintiff

Travis Jang-Busby (SBN 283256)
Clint S. Engleson (SBN 282153)
**PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**
1117 S California Ave, Suite 200
Palo Alto, CA 94304
Tel: (650) 645-9000 / Fax: (619) 235-0398

*Attorneys for* Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON GAY, individually, and on behalf of the general public similarly situated; ISRAEL BERBER, individually and on behalf of other aggrieved employees similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:20-cv-08442-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>**JOINT STIPULATION TO EXTEND PLAINTIFF BRANDON GAY'S DEADLINE TO FILE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, DEFENDANT TO FILE ITS OPPOSITION, AND PLAINTIFF TO FILE HIS REPLY TO THE SAME**<br><br>Complaint Filed: February 2, 2021<br>Jury Trial Date: October 17, 2022 |

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

**PURSUANT TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA LOCAL RULE 6-2, IT IS HEREBY STIPULATED**, by and between Brandon Gay ("Plaintiff") and Defendant Pacific Steel Group (collectively "Defendant" and collectively with Plaintiff "the Parties"), by and through their respective counsel of record, as follows:

**WHEREAS**, Plaintiffs and Defendant, along with plaintiffs' counsel in the two related cases, have continued their efforts to get this case back to mediation but all agree they wish to mediate with a different mediator for the second session of mediation;

**WHEREAS**, Plaintiffs and Defendant, along with plaintiff's counsel in the two related cases, have agreed to mediate this case in September 2022;

**WHEREAS**, Defendant filed a motion for judgment on the pleadings which is set to be heard on September 2, 2022, and the parties entered a previous stipulation to set a briefing schedule for that motion;

**WHEREAS**, Plaintiff Gay inadvertently failed to address the need to continue the apparently still on calendar deadline to move for class certification in that previous stipulation;

**WHEREAS**, Plaintiff Gay and Defendant have met and conferred and agreed to continue Plaintiff Gay's deadline to move for class certification, Defendant's deadline to oppose class certification, and Plaintiff's deadline to file a reply in support of class certification;

**WHEREAS**, continuing the class certification deadlines is in the best interests of Plaintiff Gay, Defendant, and will avoid the Court spending time and resources reviewing and ruling upon the motion while the parties mediate this matter for a second time;

**WHEREAS**, there have been only two continuances of dates in this matter previously, as reflected in Dkt. 34 and Dkt. 39, the Parties hereby stipulate as follows:

1. Plaintiff's deadline to move for class certification shall be October 30, 2022;
2. Defendant's deadline to file an opposition to class certification shall be December 29, 2022;

/ / /

**JOINT STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO FILE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, DEFENDANT TO FILE ITS OPPOSITION, AND PLAINTIFF TO FILE HIS REPLY TO THE SAME**

3. Plaintiff's Deadline to file his reply in support of class certification shall be January 30, 2022; and

4. The Court shall set a hearing on Plaintiff's motion for class certification pursuant to its discretion.

Dated: June 17, 2022               Respectfully Submitted,

**LAWYERS *for* JUSTICE, PC**

   /s/Jacob Karczewski

By: _____
   Jacob Karczewski
   *Attorneys for* Plaintiffs

Dated: June 17, 2022               Respectfully Submitted,

**PROCOPIO, CORY, HARGREAVES & SAVITCH**

By:   /s/ Travis K. Jang-Busby
   _____
   Travis Jang-Busby
   Clint S. Engleson
   *Attorneys for* Defendants

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation Pursuant to LR 6-2 to Extend Plaintiff's Deadline to File Plaintiff's Motion for Class Certification, Defendant's Deadline to File its Opposition, and Plaintiff's Deadline to file his Reply related to Class Certification ("Joint Stipulation re Class Certification"), and having reviewed the accompanying Declaration of Jacob Karczewski in support of the same; the Court hereby orders as follows:

1. The Parties' Joint Stipulation is DENIED.

**IT IS SO ORDERED.**

Dated:  6/21/2022



By: _____
Judge Haywood S. Gilliam Jr.
United States District Court Judge

3

JOINT STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO FILE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, DEFENDANT TO FILE ITS OPPOSITION, AND PLAINTIFF TO FILE HIS REPLY TO THE SAME