Edwin Aiwazian (Cal State Bar No. 232943)
*edwin@calljustice.com*
Jacob Karczewski (Cal State Bar No. 268295)
*jacob@calljustice.com*
Melissa Rinehart (Cal. State Bar No. 331315)
*m.rinehart@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020
Fax: (818) 265-1021

*Attorneys for* Plaintiff

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

BRANDON GAY, individually, and on behalf of the general public similarly situated; ISRAEL BERBER, individually, and on behalf of other aggrieved employees similarly situated;

Plaintiff,

vs.

PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,

Defendants.

Case No. 4:20-cv-08442-HSG
(Case No. 4:21-cv-03446-HSG)

Honorable Haywood S. Gilliam, Jr.
Courtroom 2

**<u>CLASS ACTION</u>**

**PLAINTIFFS' REQUEST FOR REMOTE APPEARANCE; ORDER (as modified)**

| | |
|---|---|
| Hearing Date: | September 1, 2022 |
| Hearing Time: | 2:00 p.m. |
| Courtroom | 2 |
| Complaint Filed: | September 22, 2020 |
| FAC: | November 25, 2020 |
| Jury Trial Date: | None Set |

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

In accordance with Judge Haywood S. Gilliam Jr., Standing Order, Plaintiff's Brandon Gay and Israel Berber (collectively, "Plaintiffs") respectfully request the Court's permission for Plaintiffs' attorney of record, Melissa Rinehart, to appear for the Motion for Judgment on the Pleadings hearing scheduled for September 1, 2022 at 2:00 p.m. via Zoom, or telephonically.

Ms. Rinehart resides in the Southern District of California. On September 2 2022, at 1:30 p.m., Ms. Rinehart will be appearing in person in another matter, Kylee *Valdies v. Altum Senior Living, LLC et al.*, Case No. 37-2021-00032142-CU-OE-CTL, before the Honorable Timothy Taylor. The hearing will take place in Department C-72 at the San Diego Superior Court Hall of Justice located at 330 West Broadway, San Diego, California 92101. Therefore, it would be increasingly difficult for Ms. Rinehart travel to the Oakland Courthouse in the Northern District of California with such little time in between hearings.

Dated: August 26, 2022

Respectfully Submitted,

**LAWYERS *for* JUSTICE, PC**

By: **_/s/Melissa Rinehart__________**
Jacob Karczewski
Melissa Rinehart
*Attorneys for* Plaintiffs

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

# ORDER

Plaintiffs' Brandon Gay and Israel Berber (collectively, "Plaintiffs") Request for Telephonic Appearance is hereby **GRANTED**. Counsel shall use the following dial-in information to access the call: Dial-In: 888-808-6929/Passcode: 6064255.

For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines. The parties are further advised to ensure that the Court can hear and understand them clearly before speaking at length.

**IT IS SO ORDERED.**

Dated: 8/29/2022

By: Haywood S. Gilliam, Jr.
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge