UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON GAY and ISRAEL BERBER, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:20-cv-08442-HSG<br><br>**ORDER GRANTING DEFENDANT PACIFIC STEEL GROUP'S MOTION TO APPEAR REMOTELY**<br><br>Date:        September 1, 2022<br>Time:        2:00 p.m.<br>Courtroom: 2<br>(Hon. Haywood S. Gilliam, Jr.)<br><br>Date of Removal: November 30, 2020<br>Trial Date: Not Set |

Defendant Pacific Steel Group's Motion to Appeal Remotely is hereby **GRANTED**. Counsel shall use the following dial-in information to access the call: Dial-In: 888-808-6929/Passcode: 6064255.

For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines. The parties are further advised to ensure that the Court can hear and understand them clearly before speaking at length

Date:   8/30/2022

*Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge