Jacob Karczewski (Cal State Bar No. 268295)
 *jacob@calljustice.com*
Melissa Rinehart (Cal. State Bar No. 331315)
 *m.rinehart@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020
Fax: (818) 265-1021

*Attorneys for* Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON GAY, individually, and on behalf of the general public similarly situated; ISRAEL BERBER, individually, and on behalf of other aggrieved employees similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:20-cv-08442-HSG<br>(Case No. 4:21-cv-03446-HSG)<br><br>Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE (as modified)**<br>*[Notice of Motion and Motion filed concurrently herewith.]*<br><br>Hearing Date:   October 19, 2023<br>Hearing Time:  10:00 a.m.<br>Courtrom         2<br><br>Complaint Filed: September 22, 2020<br>FAC:                    November 25, 2020<br>Jury Trial Date:    None Set |

**ORDER**

Plaintiffs' Brandon Gay and Israel Berber (collectively, "Plaintiffs") Motion to Appear Telephonically for the Case Management Conference set for October 19, 2023 at 10:00 a.m. is hereby **GRANTED**. The Clerk will e-mail Jacob Karczewski and Melissa R. Rinehart the call-in information by noon on Wednesday, October 18, 2023.

**IT IS SO ORDERED.**

Dated: 10/10/2023                    By: _____
                                          Honorable Haywood S. Gilliam, Jr.
                                          United States District Court Judge