Lindsay C. David (Bar No. 283267)
E-mail:lindsay.david@procopio.com
**PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**
12544 High Bluff Drive, Suite 400
San Diego, CA 92130
Telephone: 858.720.6300
Facsimile: 619.235.0398

David A. Perkins (Bar No. 131683)
Executive Vice President & General Counsel
Pacific Steel Group
4805 Murphy Canyon Road
San Diego, CA 92123

Attorneys for Defendant PACIFIC STEEL GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON GAY, individually, and on behalf of other members of the general public similarly situated; ISRAEL BERBER, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 4:20-cv-08442-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>**ORDER GRANTING DEFENDANT PACIFIC STEEL GROUP'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE (as modified)**<br><br>Hearing Date: October 19, 2023<br>Hearing Time: 10:00 a.m.<br>Ctrm: 2<br><br>Complaint Filed: September 22, 2020<br>FAC: November 25, 2020<br>Trial Date: Not Set |

1  Defendant Pacific Steel Group's Motion to Appear Telephonically for the Case
2  Management Conference set for October 19, 2023 at 10:00 a.m. is hereby **GRANTED**.  The Clerk
3  will e-mail Ms. David the call-in information by noon on Wednesday, October 18, 2023.

**IT IS SO ORDERED.**

Dated:  10/11/2023

By: /s/ Haywood S. Gilliam, Jr.
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge