UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON GAY, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>PACIFIC STEEL GROUP,<br>　　　　Defendant. | Case No. 20-cv-08442-HSG<br>Dkt. No. 85<br>**SCHEDULING ORDER** |
| ISRAEL BERBER,<br>　　　　Plaintiff,<br>　　v.<br>PACIFIC STEEL GROUP,<br>　　　　Defendant. | Case No. 21-cv-03446-HSG<br>Dkt. No. 64 |

A case management conference was held on October 19, 2023. Case No. 20-cv-8442, Dkt. No. 84; Case No. 21-cv-03446, Dkt. No. 63. At this hearing, the Court ordered the parties to file a stipulation and proposed order setting a case schedule. *Id.* The Court has considered the schedule the parties proposed, but declines to adopt it. Case No. 20-cv-8442, Dkt. No. 85; Case No. 21-cv-03446, Dkt. No. 64. Accordingly, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

//
//
//
//
//

| Event | Deadline |
|---|---|
| Plaintiffs' Deadline to File a Motion for Class Certification | February 23, 2024 |
| Defendant's Deadline to File an Opposition to the Motion for Class Certification | April 12, 2024 |
| Plaintiffs' Deadline to File a Reply in Support of the Motion for Class Certification | May 17, 2024 |
| Hearing on Plaintiffs' Motion for Class Certification | June 20, 2024 at 2:00pm |
| Pretrial Conference | October 22, 2024 at 3:00 p.m. |
| Jury Trial (maximum of 10 trial days if class is certified; if no class is certified, trial of individual claims will be substantially shorter) | November 18, 2024 at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

This order **TERMINATES** Dkt. Nos. 85 and 64 in Case Nos. 20-cv-08442 and 21-cv-03446, respectively.

**IT IS SO ORDERED.**

Dated:   10/31/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge