LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON GAY, individually, and on behalf of the general public similarly situated; ISRAEL BERBER, individually, and on behalf of other aggrieved employees similarly situated;<br><br>          Plaintiff,<br><br>     vs.<br><br>PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No. 4:20-cv-08442-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF SEEKING REVISIONS TO THE COURT'S SCHEDULING ORDER (DKT. NO. 86) PURSUANT TO L.R. 7-11 (as modified)**<br><br>Complaint Filed:   September 22, 2020<br>FAC:                     November 25, 2020<br>Jury Trial Date:   November 18, 2024 |
| ISRAEL BERBER, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>          Plaintiff,<br><br>     vs.<br><br>PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No.  4:21-cv-03446-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>Complaint Filed:   February 2, 2021<br>Jury Trial Date:   November 18, 2024 |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF SEEKING REVISIONS TO THE COURT'S SCHEDULING ORDER
(CASE NOS. 4:20-CV-08442-HSG AND 4:21-CV-03446-HSG)**

The Court has reviewed Plaintiffs' Unopposed Motion for Administrative Relief Seeking Revisions to the Court's Scheduling Order (Dkt. No. 86) Pursuant to Local Rule 7-11.  For good cause shown, the Court GRANTS Plaintiffs' request and hereby ORDERS as follows:

1. Plaintiffs' February 23, 2024 deadline to file their motion for class certification ("MCC")  is continued to Friday, April 19, 2024.
2. Defendant's April 12, 2024 deadline to file its opposition to Plaintiffs' MCC is continued to Friday, June 7, 2024.
3. Plaintiffs' May 17, 2024 deadline to file their reply to Defendant's opposition to Plaintiffs' MCC is continued to Friday, July 12, 2024.
4. The MCC hearing is continued to Thursday, August 15, 2024.

**IT IS SO ORDERED.**

Date: 2/8/2024

Honorable Haywood S. Gilliam, Jr.

LAWYERS for JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203