Arby Aiwazian (Cal State Bar No. 269827)
 *arby@calljustice.com*
Joanna Ghosh (Cal. State Bar No. 272479)
 *joanna@calljustice.com*
Arman Marukyan (Cal. State Bar No. 327150)
 *arman@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020
Fax: (818) 265-1021

*Attorneys for* Plaintiffs Brandon Gay and Israel Berber

*[Defendant's Counsel Listed Below]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON GAY, individually, and on behalf of the general public similarly situated; ISRAEL BERBER, individually, and on behalf of other aggrieved employees similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:20-cv-08442-HSG<br><br>Honorable Haywood S. Gilliam, Jr. Courtroom 2<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO STAY AND ADMINISTRATIVELY CLOSE ACTIONS; ORDER**<br><br>Complaint Filed:  September 22, 2020<br>FAC:                       November 25, 2020<br>Jury Trial Date:    November 18, 2024 |
| ISRAEL BERBER, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  4:21-cv-03446-HSG<br><br>Honorable Haywood S. Gilliam, Jr. Courtroom 2<br><br>Complaint Filed:    February 2, 2021<br>Jury Trial Date:     November 18, 2024 |

**JOINT STIPULATION TO STAY AND ADMINISTRATIVELY CLOSE ACTIONS; ORDER**

1  Lindsay Christine David (SBN 283267)
2  (lindsay.david@procopio.com)
   **POLSINELLI LLP**
3  2049 Century Park East, Suite 2900
   Los Angeles, CA 90067
4  Telephone: 310.556.1801
   Fax: 310.556.1802

5  *Attorneys for* Defendant

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

CASE NOS. 4:20-CV-08442-HSG AND 4:21-CV-03446-HSG
**JOINT STIPULATION TO STAY AND ADMINISTRATIVELY CLOSE ACTIONS;
ORDER**

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

Plaintiffs Brandon Gay and Israel Berber (collectively, "Plaintiffs") and Defendant Pacific Steel ("Defendant") (collectively with Plaintiffs as "Parties") by and through their counsel of records hereby stipulate as follows:

**WHEREAS**, the Parties have reached a global settlement in the above entitled actions, together with the related actions entitled *Daniela Garibay v. Pacific Steel Group,* San Bernardino Superior Court Case No. CIVDS2011129 ("*Garibay* Action") and *Darren Morris v. Pacific Steel Group*, San Diego County Superior Court Case No. 27-2020-00021541-CU-OE-CTL ("*Morris* Action"), that once approved, will resolve the actions in their entirety;

**WHEREAS**, the Parties have agreed to consolidate all of the claims into the first-filed *Garibay* Action for the sole purpose of seeking approval of the global settlement within the *Garibay* Action;

**IT IS HEREBY STIPULATED** between the Parties, by and through their respective attorneys of record, subject to an order of the Court, that the above-entitled actions be stayed and administratively closed pending resolution of the motions for preliminary and final approval of the global settlement agreement within the *Garibay* Action.

Respectfully submitted,

Dated: August 27, 2024     **LAWYERS *for* JUSTICE, PC**

By: /s/Arman Marukyan
    Arman Marukyan
    *Attorneys for* Plaintiffs

Dated: August 27, 2024     **POLSINELLI LLP**

By: /s/Lindsay Christine David
    Lindsay Christine David
    *Attorneys for* Defendant

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

Dated: August 27, 2024   **LAWYERS *for* JUSTICE, PC**

By: */s/Arman Marukyan*_____
    Arman Marukyan
    *Attorneys for* Plaintiffs

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

2   CASE NOS. 4:20-CV-08442-HSG AND 4:21-CV-03446-HSG
**JOINT STIPULATION TO STAY AND ADMINISTRATIVELY CLOSE ACTIONS; ORDER**

# ORDER

Pursuant to the above Joint Stipulation and good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1. The *Gay* and *Berber* actions are hereby stayed and administratively closed pending resolution of the motions for preliminary and final approval of the global settlement agreement within the *Garibay* Action;
2. All future dates and deadlines in the *Gay* and *Berber* actions are hereby VACATED.

**IT IS SO ORDERED.**

Dated: 8/28/2024          By: _____
                              HON. HAYWOOD S. GILLIAM, JR.
                              United States District Judge

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203