Arby Aiwazian (Cal State Bar No. 269827)
   *arby@calljustice.com*
Joanna Ghosh (Cal. State Bar No. 272479)
   *joanna@calljustice.com*
Arman Marukyan (Cal. State Bar No. 327150)
   *arman@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
450 North Brand Blvd., Suite 900
Glendale, California 91203
Tel: (818) 265-1020
Fax: (818) 265-1021

*Attorneys for* Plaintiffs Brandon Gay and Israel Berber

*[Defendant's Counsel Listed Below]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON GAY, individually, and on behalf of the general public similarly situated; ISRAEL BERBER, individually, and on behalf of other aggrieved employees similarly situated;<br><br>   Plaintiff,<br><br> vs.<br><br>PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. 4:20-cv-08442-HSG<br><br>Honorable Haywood S. Gilliam, Jr. Courtroom 2<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>Complaint Filed: September 22, 2020<br>FAC:     November 25, 2020<br>Jury Trial Date: None |
| ISRAEL BERBER, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>   Plaintiff,<br><br> vs.<br><br>PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. 4:21-cv-03446-HSG<br><br>Honorable Haywood S. Gilliam, Jr. Courtroom 2<br><br><br>Complaint Filed: February 2, 2021<br>Jury Trial Date: None |

1  Lindsay Christine David (SBN 283267)
   (lindsay.david@procopio.com)
2  **POLSINELLI LLP**
   2049 Century Park East, Suite 2900
3  Los Angeles, CA 90067
   Telephone: 310.556.1801
4  Fax: 310.556.1802

5  *Attorneys for* Defendant

# JOINT STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Brandon Gay and Israel Berber ("Plaintiffs") and Defendant Pacific Steel Group ("Defendant" and collectively with Plaintiffs, the "Parties"), by and through their counsel of record herein, jointly submit the following Joint Stipulation for Dismissal as follows:

1. **WHEREAS,** the Parties reached a global settlement in the above-entitled actions ("*Gay/Berber* Actions"), together with the related actions entitled *Daniela Garibay v. Pacific Steel Group*, San Bernardino Superior Court Case No. CIVDS2011129 ("*Garibay* Action") and *Darren Morris v. Pacific Steel Group*, San Diego County Superior Court Case No. 27-2020-00021541-CU-OE-CTL ("*Morris* Action");

2. **WHEREAS**, the Parties agreed to consolidate all of the claims into the first-filed *Garibay* Action for the sole purpose of seeking approval of the global settlement within the *Garibay* Action;

3. **WHEREAS**, an amended complaint was filed in the *Garibay* Action, adding the plaintiffs and claims from the *Gay/Berber* Actions and *Morris* Action, thereby consolidating the actions for settlement purposes;

4. **WHEREAS**, final approval of the settlement was granted in the *Garibay* Action;

5. **WHEREAS**, the Parties hereby stipulate to dismiss the *Gay/Berber* Actions in their entirety, without prejudice; and

6. **WHEREAS**, the Parties to bear their own attorneys' fees and costs.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by the Parties that the *Gay/Berber* Actions be dismissed in their entirety, without prejudice.

Respectfully submitted,

Dated: July 16, 2025                    **LAWYERS *for* JUSTICE, PC**

By: */s/Arman Marukyan*
Arman Marukyan
*Attorneys for* Plaintiffs

LAWYERS *for* JUSTICE, PC
450 North Brand Blvd., Suite 900
Glendale, California 91203

LAWYERS *for* JUSTICE, PC
450 North Brand Blvd., Suite 900
Glendale, California 91203

1
2  Dated: July 16, 2025                                  **POLSINELLI LLP**
3
4
                                          By: */s/Lindsay Christine David* _____
5                                                Lindsay Christine David
                                                 *Attorneys for* Defendant
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

Dated: July 16, 2025     **LAWYERS *for* JUSTICE, PC**

By: */s/Arman Marukyan* _____
    Arman Marukyan
    *Attorneys for* Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON GAY, individually, and on behalf of the general public similarly situated; ISRAEL BERBER, individually, and on behalf of other aggrieved employees similarly situated;<br><br>   Plaintiff,<br><br> vs.<br><br>PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. 4:20-cv-08442-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION**<br><br>Complaint Filed: September 22, 2020<br>FAC: November 25, 2020<br>Jury Trial Date: None |
| ISRAEL BERBER, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>   Plaintiff,<br><br> vs.<br><br>PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. 4:21-cv-03446-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br><br>Complaint Filed: February 2, 2021<br>Jury Trial Date: None |

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the above-captioned actions be dismissed in their entirety, without prejudice.

**IT IS SO ORDERED.**

Date: _____        _____
                                                           Hon. Haywood S. Gilliam, Jr.