# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON GAY, individually, and on behalf of the general public similarly situated; ISRAEL BERBER, individually, and on behalf of other aggrieved employees similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:20-cv-08442-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>**CLASS ACTION**<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br>Complaint Filed:   September 22, 2020<br>FAC:                      November 25, 2020<br>Jury Trial Date:      None |
| ISRAEL BERBER, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  4:21-cv-03446-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br><br>Complaint Filed:   February 2, 2021<br>Jury Trial Date:      None |

|   |   |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure |
| 3 | 41(a)(1)(A)(ii), it is hereby ordered that the above-captioned actions be dismissed in their |
| 4 | entirety, without prejudice. |
| 5 | **IT IS SO ORDERED.** |

Date: 7/17/2025

*[Signature: Haywood S. Gilliam, Jr.]*
Hon. Haywood S. Gilliam, Jr.